IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GROUP CG BUILDERS AND CONTRACTORS, *et al.*, )<br>   Plaintiffs, )<br> )<br>v. )<br> )<br>CAHABA DISASTER RECOVERY, LLC, )<br>*et al.*, )<br>   Defendants. ) | CIVIL ACTION NO. 11-00729-KD-C |

**ORDER**

This matter is before the Court on a review of the Corporate Disclosure Statements filed by Defendant Cahaba Disaster Recovery, L.L.C. (Doc. 15) and Defendant DRC Emergency Services, L.L.C. (Doc. 16).

Plaintiffs' Complaint alleges that federal subject matter jurisdiction exists pursuant to diversity jurisdiction, asserting in relevant part that Defendants Cahaba Disaster Recovery and DRC Emergency Services are limited liability companies incorporated and located in the State of Alabama, each with a principal place of business in Mobile, Alabama. (Doc. 1 at 1-2). No further information has been provided.[1]

These Defendants are limited liability companies. Defendants have not addressed their respective membership in the Corporate Disclosure Statements (Docs. 15, 16). Thus there is no

---

[1] For purposes of assessing diversity of citizenship, "a limited liability company is a citizen of any state of which a member of the company is a citizen." Rolling Greens, MHP, L.P. v. Comcast SCH Holdings, L.L.C., 374 F.3d 1020, 1022-1023 (11th Cir. 2004); Business Asia Consultants, Inc. v. Thermasolutions, LLC, Slip Copy, 2008 WL 1766888, *1-2 (S.D. Fla. Apr. 14, 2008); Whiddon Farms, Inc. v. Delta and Pine Land Co., 103 F. Supp. 2d 1310, 1311-1313 (S.D. Ala. 2000). "To sufficiently allege the citizenships of these unincorporated business entities, *a party must list the citizenships of all the members of the limited liability compan[ies] and all the partners of the limited partnership*." Rolling Greens, 374 F.3d at 1022 (emphasis added).

information as to the identity of these LLCs' members or allegations regarding their citizenship. That information is necessary for the undersigned to determine whether diversity jurisdiction exists, as well as to determine whether there is any reason to believe that there are potential conflicts of interest which would require disqualification or recusal. Accordingly, Defendant Cahaba Disaster Recovery, L.L.C. and Defendant DRC Emergency Services, L.L.C. are **ORDERED** to each separately file a Notice of LLC Membership identifying the members of the LLC along with their respective citizenship no later than **March 14, 2012,** so that this Court may determine whether diversity jurisdiction exists and whether there are any conflicts of interest which would require disqualification or recusal.

      **DONE** and **ORDERED** this the **7th** day of **March 2012.**

      /s/ Kristi K. DuBose
      **KRISTI K. DuBOSE**
      **UNITED STATES DISTRICT JUDGE**